UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL HERNANDEZ, | ) | Case No. CV 06-4016-VBF (PJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BOB HOREL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2-12-09.

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HERNANDEZ, D 4016\Judgment.wpd